Jane N. Kespradit, Esq. (SBN 270124)
Jane.Kespradit@LimNexus.com
George T. Busu, Esq. (SBN 235993)
George.Busu@LimNexus.com
**LIMNEXUS LLP**
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017
Tel: (213) 955-9500 | Fax: (213) 955-9511

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERCLINICS USA, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a New York Corporation, dba CHASE BANK; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:23-CV-00699-ODW(MAA)<br><br>**NOTICE OF SETTLEMENT**<br><br>Date:   12/4/2023<br>Time:   1:30 p.m.<br>Courtroom: 5D<br><br>Action Removed:  January 30, 2023 |

**NOTICE IS HEREBY GIVEN** that Plaintiff Superclinics USA, Inc. and Defendant JPMorgan Chase Bank, N.A. have reached a settlement. The parties anticipate filing a stipulation dismissing the entire action with prejudice by no later than December 15, 2024.

Dated: November 28, 2023                              **LimNexus llp**

                                                By:  */s/ Jane N. Kespradit*
                                                     Jane N. Kespradit
                                                     Attorneys for Defendant
                                                     JPMorgan Chase Bank, N.A.

## SIGNATURE CERTIFICATION

Pursuant to Local Civil Rule 5-4.3.4 of the United States District Court for the Central District of California, I hereby attest that Fredric J. Greenblatt, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

Dated: November 28, 2023                        By: */s/ Jane N. Kespradit*
                                                    Jane N. Kespradit