JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| SUPERCLINICS USA, INC., | Case № 2:23-cv-00699-ODW (MAAx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| JPMORGAN CHASE BANK, N.A. et al, | |
| Defendants. | |

The Court, having considered the parties' Stipulation to Dismiss Action With Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 13, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**